UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDAEUS LOUIS TURNER ) | Case No. 1:91-CV-00153 LJO |
| Petitioner, ) | <u>DEATH</u> <u>PENALTY</u> <u>CASE</u> |
| vs. ) | ORDER DIRECTING THE PARTIES TO FILE A JOINT STATEMENT RE: EVIDENTIARY HEARING |
| ROBERT L. AYERS, JR., as Warden of San Quentin State Prison,* ) | |
| Respondent. ) | |

This matter was assigned to the undersigned on February 12, 2007. The Court is aware that a five-day evidentiary hearing was conducted in July 2003 before the Honorable Robert E. Coyle, now retired. No final decision on the merits has been rendered.

In light of the reassignment of the case, the parties are directed to meet and confer regarding their respective views on the course of action that should be followed by the Court. Whether the parties agree or disagree on the appropriate course of action, they are further directed to file a Joint Statement setting forth their views. The Joint Statement shall be electronically filed within 30 days from the filing of this order.

IT IS SO ORDERED.

Dated: February 13, 2007                          /s/ Lawrence J. O'Neill
                                                                  Lawrence J. O'Neill
                                                           United States District Judge

---

\* Robert L. Ayers, Jr., as Warden of San Quentin State Prison, is substituted for his predecessor, Jill L. Brown, as Acting Warden pursuant to Federal Rule of Civil Procedure 25(d).

91dp00153.O4Stmt.Tur.wpd